```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                                   :
  KENYA COBB,                                                      :
                                                                   :
                                      Plaintiff,                   :   1:21-cv-6446-GHW
                                                                   :
                        -against-                                  :   ORDER
                                                                   :
  UNITED STATES POSTAL SERVICE, NYC                                :
  Manager, H.R. Dep't, and APW4,                                   :
                                                                   :
                                      Defendants.                  :
                                                                   :
------------------------------------------------------------------- X
```

GREGORY H. WOODS, United States District Judge:

The Clerk of Court is directed to update Plaintiff's address on the docket as follows:

25 State Street
Apt. 3P
Ossining, NY 10562

The Clerk of Court is directed to mail of copy of this order to Plaintiff by certified mail.

SO ORDERED.

Dated: August 26, 2022
      New York, New York

_____
GREGORY H. WOODS
United States District Judge