```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                                     :
  KENYA COBB,                                                        :
                                                                     :
                                    Plaintiff,                       :    1:21-cv-6446-GHW
                                                                     :
                      -against-                                      :         ORDER
                                                                     :
  APWU NY METRO UNION,                                               :
                                                                     :
                                                                     :
                                    Defendant.                       :
                                                                     :
-------------------------------------------------------------------- X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/23/2023
```

GREGORY H. WOODS, United States District Judge:

In the order scheduling the initial pretrial conference in this matter, the parties were directed to submit a joint letter via ECF and to email a joint proposed Case Management Plan and Scheduling Order to Chambers by no later than March 20, 2023. Dkt. No. 23. The Court has not received the parties' submissions. The parties are directed to submit their joint letter via ECF and to email their joint proposed Case Management Plan to Chambers forthwith, and in no event later than March 25, 2023.

The Clerk of Court is also directed to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated: March 23, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge